FILED
CLERK, U.S. DISTRICT COURT
AUG 22 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00637-MWF-2 |
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING |
| TABITHA SAMARIA WALLS, | (18 U.S.C. § 3142(i)) |
| Defendant. | |

I.

A. ( )   On motion of the Government in a case allegedly involving:

    1. ( )   a crime of violence;

    2. ( )   an offense with a maximum sentence of life imprisonment or death;

    3. ( )   a narcotics or controlled substance offense with a maximum sentence of ten or more years;

    4. ( )   any felony - where the defendant has been convicted of two or more prior offenses described above;

    5. ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device

or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B. (X) On motion by the Government / ( ) on Court's own motion, in a case allegedly involving:

1. (X) a serious risk that the defendant will flee;
2. ( ) a serious risk that the defendant will:
   a. ( ) obstruct or attempt to obstruct justice;
   b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

C. The Government ( ) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

## II.

A. (X) The Court finds that no condition or combination of conditions will reasonably assure:

1. (X) the appearance of the defendant as required.
   ( ) and/or
2. (X) the safety of any person or the community.

B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. the nature and circumstances of the offense(s) charged and of the alleged violations of the terms and conditions of the defendant's supervised release;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or to the community.

## IV.

The Court also has considered the statements of counsel, and the Pretrial Services Report.

## V.

The Court bases the foregoing finding(s) on the following:

A. (X)   The history and characteristics of the defendant indicate a serious risk that he will flee, because having been released on conditions including that she not use alcohol, the defendant was arrested and charged with driving under the influence. Pretrial Services asserts that she was not candid with them regarding this. It therefore appears that the defendant may not be willing or able to comply with conditions set for her release.

B. (X)   The defendant poses a risk to the safety of other persons or the community, because having been released on conditions including that she not use alcohol, the defendant was arrested and charged with driving under the influence. Pretrial Services asserts that she was not candid with them regarding this. It therefore appears that the defendant may not be willing or able to comply with conditions set for her release.

## VI.

A. ( )   The Court finds that a serious risk exists that the defendant will:

   1. ( ) obstruct or attempt to obstruct justice.

   2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

## VII.

1  A. IT IS THEREFORE ORDERED that the defendant be detained pending
2     further proceedings.
3  B. IT IS FURTHER ORDERED that the defendant be committed to the
4     custody of the Attorney General for confinement in a corrections facility
5     separate, to the extent practicable, from persons awaiting or serving
6     sentences or being held in custody pending appeal.
7  C. IT IS FURTHER ORDERED that the defendant be afforded reasonable
8     opportunity for private consultation with counsel.
9  D. IT IS FURTHER ORDERED that, on order of a Court of the United States
10    or on request of any attorney for the Government, the person in charge of
11    the corrections facility in which the defendant is confined deliver the
12    defendant to a United States Marshal for the purpose of an appearance in
13    connection with a court proceeding.

DATED: August 22, 2014

*Margaret A. Nagle*
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE